Name Helen le (prose) Plaintiff
Street Address 300 longbrook way 215
City and County Pleasant Hill
State and Zip Code CA 94523
Telephone Number (602) 739 7525 (unable)
Email: Tuyetngatuyetle@outlook.com

**FILED**

MAR 20 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Attack letter From Senate of United States

Helen le (prose)
(Plaintiff)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Donald J Trump president et, all
(1-10)
Defendants

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. 2:25cv 0899 DC CSK
(to be filled in by the Clerk's Office)

Jury Trial:  ☒ Yes  ☐ No
(check one)

Fact Note I petition to court / Judge / clerk / Jury court to request All Defendants to refund to me, The same date They refund to USAID
This is my bill money before congress and President Joe Biden Harris signed 12/22/2024
This is my money bill was submit to From speaker house, Donald Trump and Elon Musk, But all Defendants unite Fraud, appropriate when body my family is not Food save for animal to should funeral right away

1 page of 7

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Helen le (pro se)
Street Address: 300 longbrook way 215
City and County: Pleasant Hill
State and Zip Code: california CA 94523
Telephone Number: (602) 739 - 7525 (unable)
E-mail Address: Tweetngaturtle@outlook.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity or both. Attach additional pages if needed.

Defendant No. 1
Name: Donald J Trump et, all
Job or Title (if known): President of US, Leader Doge
Elon Musk

2 of 7

Street Address __1600 Pennsylvania Ave NW__
City and County __Washington__
State and Zip Code __DC 20500__
Telephone Number _____
E-mail Address _____
(if known)

☐ Individual capacity    ☐ Official capacity

### Defendant No. 2

Name __Elon Musk__
Job or Title __Director DOGE__
(if known)
Street Address __1600 Pennsylvania Ave NW__
City and County __Washington__
State and Zip Code __DC 20500__
Telephone Number _____
E-mail Address _____
(if known)

☐ Individual capacity    ☐ Official capacity

### Defendant No. 3

Name _____
Job or Title _____
(if known)
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

☐ Individual capacity    ☐ Official capacity

### Defendant No. 4

Name _____
Job or Title _____

3 of 7



(if known)
Street Address   1600 Pennsylvania NW
City and County  Washington DC 20500
State and Zip Code
Telephone Number
E-mail Address
(if known)

[X] Individual capacity    [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

   [X] Federal officials (a *Bivens* claim)
   [X] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I am not Defendant also officer IRS deposit my money bill. I complaint to CFBP all unite violate my human right Block me before CFBP

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

12/22/2024 Defendants are not president of united states. But They intentional unite Violate, fraud and Appropriate my money bill as gang criminal Follow law Magnitsky by president Joe Obama Signed at white house

4 of 7

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Apropriate My private money
No allow me complaint to CFBP
No allow me request Treasury Fund

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

- case attach Gavel 2:19CV-0414-KLM-DB Default For Final Judgment.
- Build Back Better by congress

B. What date and approximate time did the events giving rise to your claim(s) occur?

12/21/2024 congress pass my Bill $100 Billion
12/22/2024 President Joe Biden Signed
04/1/2024 court grant gavel For me
2022 congress grant Build back Better For me

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

- Defendant appropriate my money $100 Billion No delivery For me
- Defendant message funding to me 12/24/2024 but Now to did not
(This is seen Robber, criminal, fraud

5 of 7

I came into all court Federal From Eastern District to Northern District ahove 10 years almost from 2015 to now 2025 My case at Supreme court start 16M50 2024 I Just be gavel by Eastern District 2022 I Just be grant build Back Better by congress and 12/22/2024 I Just be pass

**IV. Injuries** bill by congress $100 Billion and President Joe Biden Signed

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

This is long story From 4/30/1975 to Now That is war by USA and Vietnam I and my Family unite with USA, American My Family were High officer specialist police Navy, Army and Secretary American. I and my Family were Block our human right By American 4/30/75 1990 I was Block again at camp refugee

**V. Relief** By American again at Indonesia lead wrong death in pain For My child (Funeral is Not complete

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Congress pass my Bill For me $100 Billion Defendant abuse appropriate all when I and all my Family lost From young age to our life now. We as dump, deaf, blind, we lost all things. Request ORDER: punish heavy to Defendant

By act as gang Before Broad day light in USA from President of US, Doge (closed all their Bank and their property, their company)

6 of 7

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/20/, 2025

Signature of Plaintiff _____

Printed Name of Plaintiff: Helen Le



1/ I petition certify my name before my Insurance AAA: My name and I am living legal at my address 300 longbrook way 215 pleasant Hill california 94523

2/ Suprem court denied case From Donald Trump appeal: 24A831

3/ case at low court against Donald Trump was The Judge grant 1:25-CV-00352-CCN CJN For plaintiff. Reason grant was congress grant

4/ case 2:19 CV-0414-KLM-DB court grant 2 time gavel for me Default For Final Judgment But Defendants Donald J Trump, Elon Mush et, all... still unite contempt of court, congress did not pay Full Bill For me before Trump become President after Donald Trump become President of US: Criminal

Helen Le (prose)
300 Longbrook Way 215
Pleasant Hill CA 94523

United States Court District
Eastern California

Dear Judge / court / clerk / jury

I petition to Attach gavel by court grant Default Final Judgment For me

I petition to Attach congress grant Build Back Better For me

I went around all court From Eastern District to Northern District almost 10 year ago.

Congress pass my bill For me 12/21/2024
President Joe Biden signed past bill # 100 Billion (mine) 12/22/2024

Defendants is people submit my bill For me before congress

Senate of United sent me to Defendants.
But Defendants unite appropriate Fraud did not Funding to me, Block my civil right From CFBP to IRS, erase my human right From President Joe Biden signed to Now.

Question

I petition ask can court / Judge / clerk / Jury to allow me Funeral compliment For my child wrongfully die in pain and Build Back Better all my life was disappear

page 1 of 2



page 2 of 2

I petition ask what is law of United States and constitution to allow Defendants contempt of court / contempt congress and constitution of United States?

Also what is law to allow all Defendants unite Robber, fraud, appropriate my Money private by congress compensation, Build Back Better For me?

Supreme court pull Defendants Fail last week Federal district court at Washington DC grant For USAID. Can I to petition to United States Easter District grant Emergency For me and to request, Enforcement Defendants funding to me right away as Defendants message to me 12/24/2024 But they did not and unite lie, cheat me? When congress and President Joe Biden Signed For me! My Bill #100 Brillion.

Regard

3/20/2025

## Reply from Senator Adam Schiff

From:  Senator Adam Schiff (correspondence@schiff.senate.gov)
To:    lele12331@yahoo.com
Date:  Monday, March 17, 2025 at 03:39 AM PDT



**ADAM SCHIFF**
CALIFORNIA

# United States Senate
WASHINGTON, DC 20510

Dear Ms. Le:

Thank you for contacting me regarding your concerns with Elon Musk. I appreciate hearing from you and welcome the opportunity to respond.

I am deeply alarmed that Elon Musk, the world's richest man, who has been given broad access to the resources of the American people with no oversight, has reportedly gained access to the Treasury Department's payments system. This access could potentially give him control of the funds Congress has already legally provided for healthcare, housing, child care, small businesses, and students. Additionally, Musk's Department of Government Efficiency (DOGE) has reportedly infiltrated multiple federal agencies, including the United States Agency for International Development (USAID), the Department of Education, and the Internal Revenue Service (IRS). Musk is gaining control of high level, sensitive information that could advance his own business interests and that of his billionaire friends and enable the Trump Administration to target and punish its political opponents.

Please know that, as President Trump and his allies like Musk continue to try to take away the rights and freedoms of the American people, I will stand up to him and defend our country and our Constitution in every way possible. I am committed to using every lever at my disposal to block Trump and Musk's illegal takeovers and shutdowns of government agencies and firings of federal workers. Every single day of his Presidency, I will hold Trump and his administration accountable and be a constant check on every abuse of power.

Transparency has been a goal of mine throughout my time in Congress. You can find detailed information on every bill introduced in the Senate on Congress.gov, including the summary and full text of the legislation, which Senators have co-sponsored it, and the most recent action taken by Congress.

An ongoing job of a Senator is to help constituents solve problems with federal agencies, access services, and get their questions answered promptly. On my website, I offer a guide to the services my office can provide, as well as a contact form where you can share your priorities with me. You can also connect with me online via Facebook or Twitter, and you can always reach my office by phone at (202) 224-3841.

Thank you again for your thoughts. I hope you will continue to share your views and ideas with me.

Sincerely,

Adam B. Schiff
UNITED STATES SENATOR



AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| HELEN LE prose <br> *Plaintiff* <br> v. <br> DONALD J TRUMP (1-10) <br> *Defendant* | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| HELEN LE (prose) /Plaintiff <br><br> DONALD J TRUMP (1-10) Defendants | [signature] | 3/20/2025 |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

We've received your complaint(s).

From: CFPB (noreply-notice@cfpb.gov)

To: lele12331@yahoo.com

Date: Saturday, February 8, 2025 at 04:12 PM PST

(855) 411-2372
consumerfinance.gov

# We've received your complaint(s).

We'll send you updates about your complaint(s) along the way, but you can track the status of your complaint(s) at any time on your Consumer Portal.

**COMPLAINT ID(S)**

# 250208-18658261

**SUBMITTED ON**

02/08/2025

**PRODUCT**

Money transfer, virtual currency, or money service

**ISSUE**

Fraud or scam

Log in to track your complaint(s)

First time logging in? Set up your password

Learn more

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

HELEN LE,

    Plaintiff,

v.

MOLLY C. DWYER, et al.,

    Defendants.

No. 2:19-cv-00414-KJM-DB

ORDER

The plaintiff in this matter, Helen Le, is now appearing in propria persona. Under Local Rule 302(c)(21) this matter is REFERRED to Magistrate Judge Deborah Barnes for all nondispositive pretrial scheduling and proceedings.

IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are VACATED. Any pending requests shall be referred to the magistrate.

IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: CIV S 2:19-cv-00414-DB. The Clerk shall issue an Initial Scheduling Order for Magistrate Judge Deborah Barnes.

IT IS SO ORDERED.

DATED: July 21, 2020.

CHIEF UNITED STATES DISTRICT JUDGE



**RE: My case number 2:19CV0414-KLM-DB I petition Court Clerk help desk for help**

CAEDdb_cmecf-helpdesk <caed_cmecf_helpdesk@caed.uscourts.gov>
Thu 5/23/2024 12:21 PM
To:nga ninh <tuyetngatuyetle@outlook.com>

| 03/06/2024 | view36 | MOTION for DEFAULT JUDGMENT by Helen Le. (Murphy, J) (Entered: 03/07/2024) |
| --- | --- | --- |
| 04/01/2024 | view37 | MOTION for DEFAULT JUDGMENT by Helen Le. (Kyono, V) (Entered: 04/03/2024) |

Your case was closed in Jan. 2020.

*This is date I petition Proposed For depult Final Judgment*

From: nga ninh <tuyetngatuyetle@outlook.com>
Sent: Thursday, May 23, 2024 12:13 PM
To: CAEDdb_cmecf-helpdesk <caed_cmecf_helpdesk@caed.uscourts.gov>
Subject: My case number 2:19CV0414-KLM-DB I petition Court Clerk help desk for help

**CAUTION - EXTERNAL:**

HELEN LE prose/plaintiff/petition
300 longbrook way 215
pleasant hill CA 94523

UNITED STATE COURT EASTERN DISTRICT CALIFORNIA

ATTN COURT CLERK
    case number 2:19CV0414-KLM-DB
    ATTACH  I petition to attach all document I sent into COURT
also I serve service into all defendants /Respondents the same time
    and proof receipt certified from USPS gave back to me after I gave
all my certified mail into them   date 3/28/2024
to now I am not accept any feed back from all defendants /respondents
also all mail from US court Eastern DISTRICT to be not delivery for me
    I petition Court clerk help desk to feed back and help me
REGARD
HELEN LE PROSE

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



*prose*

10/18/22, 12:09 AM                                                              Yahoo Mail - Office of Speaker Nancy Pelosi

**Office of Speaker Nancy Pelosi**

From: Speaker Nancy Pelosi (speakernp@mail.house.gov)
To:      lele12331@yahoo.com
Date:  Monday, October 17, 2022 at 07:02 AM PDT

USCA 23 - 15295
23 - 15485
21 - 15533
AND 21 - 90022

Executive 9th circuit

**NANCY PELOSI**
12TH DISTRICT, CALIFORNIA

**SPEAKER OF THE HOUSE**

1236 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-0508
(202) 225-4965

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515-0508**

**DISTRICT OFFICE:**
SAN FRANCISCO FEDERAL BUILDING
90-7TH STREET, SUITE 2-800
SAN FRANCISCO, CA 94103
(415) 556-4862
WWW.PELOSI.HOUSE.GOV



Dear Helen,

Thank you for contacting me to express your thoughts on this important issue. While your comments are deeply appreciated, I also encourage you, if you have not already, to contact your Member of Congress. You can find your Member of Congress by visiting House.gov and entering your zip code, or by calling (202) 224-3121. The ability to engage with your Congressional representative is an essential part of our democracy.

Guided by the values and priorities of the American people, House Democrats are advancing a bold, forward-looking agenda **For The People**. Working with the Biden-Harris Administration and the new Democratic Majority in the Senate, we will act decisively to ensure that our nation will not only recover from the coronavirus and economic crises, but will **Build Back Better** in a way that will advance justice and equality for all Americans. That is why we are proud to support action to crush the coronavirus, deliver urgent economic relief, combat the climate crisis, honor our nation's diverse heritage, and advance racial equity.

Thank you, again, for contacting me. For more information on our For The People agenda or other issues affecting our nation, please visit my website at www.speaker.gov.

best regards,

*Nancy Pelosi*

NANCY PELOSI
Speaker of the House

FOOT NOTE: who is build Back better for me? who is compensation for me?

DO Susan y Soong?
DO Director 9th circuit?
court appeal?

4 of 4

about:blank                                                                                                        1/2

 Outlook

### RE: I petition to SUPREME COURT appear

From eFilingSupport <eFilingSupport@supremecourt.gov>
Date Tue 2/11/2025 5:41 AM
To    'nga ninh' <tuyetngatuyetle@outlook.com>

Under Article III of the Constitution, the jurisdiction of this Court extends only to the consideration of cases or controversies properly brought before it from lower courts in accordance with federal law and filed pursuant to the Rules of this Court.

This email address is only for technical support for the electronic filing system at the Supreme Court of the United States. The Court does not accept filings by email and is unable to provide legal advice. If you have a question regarding the filing of documents with the Court, please call 202-479-3011.

Please review the Court's rules and guidance at
https://www.supremecourt.gov/filingandrules/rules_guidance.aspx. For information regarding how to file a petition for a writ of certiorari, please review the "Guide for Filing Paid Cases" and the "Guide for Filing In Forma Pauperis cases" located at https://www.supremecourt.gov/filingandrules/rules_guidance.aspx.

Clerk's Office
Supreme Court of the United States
One First Street, NE
Washington, DC 20543
efilingsupport@supremecourt.gov



From: nga ninh <tuyetngatuyetle@outlook.com>
Sent: Monday, February 10, 2025 7:17 PM
To: eFilingSupport <eFilingSupport@supremecourt.gov>
Subject: I petition to SUPREME COURT appear

CAUTION: This email originated from outside of the Supreme Court of the United States. Do not click links or open attachments unless you recognize the sender and know the content is safe and relevant.

HELEN LE prose/petitioner
300 LONGBROOK WAY 215
PLEASANT HILL CA 94523

                    SUPREME COURT OF US
DEAR COURT /JUDGE /CLERK
    I was supreme Court grant for me to low court , and low court grant gavel default for Final JUDGMENT , and CONGRESS poll my bill for me also president JOE BIDEN signed my bill
I think from COURT /CONSTITUTION , SUPREME also CONGRESS and PRESIDENT JOE BIDEN signed .. It is mean TREASURY and IRS should enforce
BUT all unite fraud , Theft , CONSTEMPT of COURT , SUPREME , CONSTITUTION , SUPREME also President JOE
    BUT TREASURY abused power contempt of court and CONGRESS
so that ! I petition to SUPREME COURT order TREASURY solve money from CONGRESS and JOE BIDEN PRESIDENT signed 12/22/2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| HELEN LE PROSE<br>ADDRESS 300 LONGBROOK WAY 215<br>PLEASANT HILL CA94523<br><br>*Plaintiff(s)*<br>v.<br>DONALD J TRUMP et,all(1-10)<br>ADDRESS 1600 Pennsylvania Avenue NW<br>WASHINGTON DC 20500<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DONALD J TRUMPet,all.... (1-10) DEFENDANTS
ADDRESS 1600 Pennsylvania Ave NW
Washington DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HELEN LE prose /Plaintiff
Address 300 Longbrook way 215
Pleasant Hill CA 94523

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
on *(date)*                    ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* 3/21/2025, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*                    ; or

☐ I returned the summons unexecuted because                    ; or

☐ Other *(specify)*:


My fees are $           for travel and $           for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

Driver license ; D0578228    Gorden BURNELL
*Printed name and title*


*Server's address*

Additional information regarding attempted service, etc:
1/ Form Complaint Violate civil right was fill complaint by me (HELEN LE prose ) ( 7 pages)
2/ JS 44 civil cover sheet (1 page)   3/ AO 85 notice consent and reference OF A CIVIL ACTION TO A MAGISTRATE JUDGE (1 page)  4/ Document senate OF US (2 pages)   5/ Document CFPB (1 page )
6/ document from chief JUDGE (KLM) ( 1page)   7/ TWO times gavel to be grant default for final JUDGMENT (1 page)
8/ document Congress grant BUILD BACK BETTER (1 page)  9/  Supreme Court grant direct to low court solve (1 page)
10/ Application FEE WAIVER (2 pages)    11/ summon and serve service (2 pages) Total 20 pages