UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN LE, | Case No. 2:25-cv-00899-DC-CSK (PS) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF Nos. 2, 14, 17, 21) |
| DONALD J. TRUMP, et al, | |
| Defendants. | |

On July 29, 2025, the magistrate judge filed findings and recommendations (ECF No. 21), recommending this action be dismissed because Plaintiff's complaint is frivolous and does not establish subject matter jurisdiction. (ECF No. 21). Those findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On August 11, 2025, Plaintiff Helen Le filed a notice of contempt of court, which the court construes as Plaintiff's objections to the findings and recommendations. (ECF No. 24) Plaintiff's notice does not meaningfully object to the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review. The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 21) are ADOPTED IN FULL;

2. Plaintiff's motions and requests to proceed in forma pauperis (ECF Nos. 2, 14, 17) are DENIED;

3. Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend; and

4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **August 25, 2025**

Dena Coggins
United States District Judge