1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | HELEN LE,                           | No. 2:25-cv-00899-DC-CSK (PS)
12 |        Plaintiff,                   |
13 |   v.                                | ORDER DENYING PLAINTIFF'S POST-
14 | DONALD J. TRUMP, et al.,            | JUDGMENT MOTIONS
15 |        Defendants.                  | (Doc. Nos. 31, 32, 36, 37, 38, 39, 40)
16

17      On August 26, 2025, the court issued an order adopting the assigned magistrate judge's
18 findings and recommendations and dismissing this action because Plaintiff's complaint is
19 frivolous and does not establish subject matter jurisdiction. (Doc. No. 25). Judgment was entered
20 that same day, and this case was closed. (Doc. No. 26.)
21      This matter is now before the court on several post-judgment motions filed by Plaintiff.
22 (Doc. Nos. 31, 32, 36, 37, 38, 39, 40.). To the extent Plaintiff seeks reconsideration of the court's
23 order denying Plaintiff's motions to proceed *in forma pauperis*, Plaintiff's motions for
24 reconsideration (Doc. Nos. 31, 37) will be denied because Plaintiff's motions to proceed *in forma*
25 *pauperis* were rendered moot by the court's order dismissing this action as frivolous. Plaintiff's
26 purported "request for hearing" (Doc. No. 32) will also be denied because that request does not
27 clearly articulate what is being requested or why a hearing would be appropriate. Plaintiff's
28 motion for a new trial (Doc. No. 36) and motions to reopen this case (Doc. Nos. 38, 39, 40) will

1  likewise be denied because those motions consist of nonsensical ramblings and do not articulate
2  any basis for relief. In sum, none of Plaintiff's motions provide any basis upon which to
3  reconsider the court's order dismissing this action and closing this case.
4      Accordingly,
5      1.   Plaintiff's post-judgment motions (Doc. Nos. 31, 32, 36, 37, 38, 39, 40) are
6           DENIED; and
7      2.   This case shall remain closed.

IT IS SO ORDERED.

Dated:   **November 6, 2025**

Dena Coggins
United States District Judge