UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN LE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　　　Defendants. | No. 2:25-cv-00899-DC-CSK (PS)<br><br>ORDER DENYING PLAINTIFF'S REQUESTS<br><br>(Doc. Nos. 42, 44) |

　　　　On August 26, 2025, the court issued an order adopting the assigned magistrate judge's findings and recommendations and dismissing this action because Plaintiff's complaint is frivolous and does not establish subject matter jurisdiction. (Doc. No. 25). Judgment was entered that same day, and this case was closed. (Doc. No. 26.)

　　　　Thereafter, Plaintiff filed several frivolous post-judgment motions and requests, all of which were denied by the court in an order issued on November 7, 2025. (Doc. No. 41.) In that November 7, 2025 order, the court ordered that this case remain closed. (*Id.*) Notwithstanding that order, on November 10, 2025, Plaintiff filed a notice that again consists of nonsensical ramblings and appears to request that all of her emails to the court be provided to the undersigned and that the court reopen this case. (Doc. No. 42.) Further, on November 20, 2025, Plaintiff filed a request that is likewise difficult to decipher (e.g., statements about Plaintiff's older sister's murder and coffin) and appears to request a Vietnamese translator for a new trial. (Doc. No. 44.)

1  Because this case remains closed, and the court has already determined that there is no basis for
2  reopening this case (*see* Doc. No. 41), the court will deny Plaintiff's latest requests (Doc. Nos. 42,
3  44) as well. Moreover, because Plaintiff has repeatedly filed frivolous requests in this closed case,
4  the court will order that no further filings will be entertained in this case.
5      Accordingly,
6      1.   Plaintiff's requests (Doc. Nos. 42, 44) are DENIED;
7      2.   This case shall remain closed;
8      3.   No further filings will be entertained in this closed case; and
9      4.   The Clerk of the Court is directed to reject and return all future documents
10          submitted in this case.

IT IS SO ORDERED.

Dated:   **November 25, 2025**

_____
Dena Coggins
United States District Judge

2