**HELEN LE PROSE/PLAINTIFF**
**300 LONGBROOK WAY 215**
**PLEASANT HILL CA 94523**

FILED
JAN 20 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

## UNITED STATES COURT EASTERN DISTRICT
CASE 2:25CV0899DC-CSK

### NOTICE APPEAL

To day 1/15/2026 I PETITION TO COURT EASTERN DISTRICT allow ME to be appeals emergency

   1/ LOW COURT NONE SOLVE MY ORDER emergency 12/19/2025 This is my order was seal by COURT CLERK OFFICE 12/19/2025

   2/ LOW COURT NO GRANT my IFP when :
* I am DISABILITY with SSI , SSA , MEDICAL , HOUSING SECTION 8 and FOODSTAMP
* SUPREME court grant IFP and certiorari
* defendants rob my money bill with full evidence , but defendant rob no fund , defendants fraud docket
* defendants absent from trial 12/19/2025 to hearing to compel 6/20/2025
* Defendants contempt of court
* Defendants fail time respond
* defendants bribe /fraud /theft before court

   3/ REHEARING /BENCH WARRANT : LOW COURT NO SOLVE EMERGENCY FOR ME although COURT APPEALS NINTH CIRCUIT sent TO LOW COURT 2 time EMERGENCY . BUT LOW COURT still be no solve for me

   CONCLUSION : I PETITION FOR GRANT

REGARD
HELEN LE prose/PLAINTIFF

*[signature]* 1/15/2026