UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

HELEN LE,

Plaintiff - Appellant,

v.

DONALD J. TRUMP, President of the US
and ELON MUSK, Director DOGE,

Defendants - Appellees.

No. 26-163

D.C. No. 2:25-cv-00899-DC-CSK
Eastern District of California,
Sacramento

ORDER

Before:     LEE, DESAI, and JOHNSTONE, Circuit Judges.

After considering the responses to the court's January 23, 2026 order, we

deny the motion to proceed in forma pauperis (Docket Entry Nos. 3 and 7) and

dismiss this appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

All other pending motions and requests are denied.

No further filings will be entertained in this closed case.

**DISMISSED.**